**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01414-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

THEODORE FERGUSON, and
ASHLEY DUCKETT,

      Plaintiffs,

v.

JEREMIAH, Employee, and
AREJASH, Store Manager, et al.,

      Defendants.

---

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

---

On July 1, 2015, Plaintiffs submitted a Complaint and an Application to Proceed

in District Court Without Prepaying Fees or Costs (Long Form).  As part of the Court's

review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the

documents are deficient as described in this Order.  Plaintiffs will be directed to cure the

following if they wish to pursue any claims in this Court in this action.  Any papers that

Plaintiffs file in response to this Order must include the civil action number on this

Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1)    X    is not submitted (A request to proceed without payment of the filing fee
             must be provided for each named Plaintiff.  Ashley Duckett  must submit a
             separate application)
(2)    ___    is missing affidavit
(3)    __    is not on proper form (Must use Court-approved form revised October 1,
             2012)

(4)   __    names in caption do not match names in caption of complaint, petition or habeas application

(5)   __    other: _____

**Complaint, Petition or Application**:

(6)   __    is not submitted

(7)   __    is not on proper form

(8)   X    is missing an original signature by Plaintiff Ashley Duckett

(9)   __    is missing page nos. __

(10)  __    uses et al. instead of listing all parties in caption

(11)  __    names in caption do not match names in text

(12)  __    addresses must be noted in the Parties section of the Complaint form

(13)  __    other:

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the Court-approved Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED July 3, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge