IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01414-GPG

THEODORE FERGUSON, and
ASHLEY DUCKETT,

     Plaintiffs,

v.

JEREMIAH, Employee, and
AREJASH, Store Manager, et al.,

     Defendants.

## ORDER DISMISSING COMPLAINT IN PART

In the July 3, 2015 Order to Cure Deficiencies, Plaintiff Ashley Duckett was directed to submit an Application to Proceed in District Court Without Prepaying Fees or Costs and to sign the Complaint. Plaintiff Duckett was warned that the action would be dismissed without further notice if she failed to comply with the July 3 Order within the time allowed.

Plaintiff Duckett now has failed to communicate with the Court, and as a result she has failed to cure the deficiencies pertaining to her within the time allowed. This Plaintiff, therefore, will be dismissed from this action. Accordingly, it is

ORDERED that Plaintiff Ashley Duckett is dismissed from the instant action for failure to comply with the July 3, 2015 Order within the time allowed.

DATED at Denver, Colorado, this 7th day of August, 2015.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court